# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL BURNS and DEBRA KENTON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Case No. 08-0258-DRH |
| ) | |
| ST. CLAIR COUNTY HOUSING AUTHORITY, ) ) ) | |
| Defendant. ) | |

## ORDER

**Herndon, Chief Judge**:

Pending before the Court is Plaintiffs' Motion for Stay of Magistrate Judge's Order of October 1, 2008, Pending Resolution of Objections and Request for Appeal (Doc.19). The Court finds that a stay of the Magistrate Judge's Order is appropriate until such time as the Court has reached a determination of the issues presented by Plaintiffs in their objections. Accordingly, the Court **GRANTS** Plaintiffs' Motion for Stay of Magistrate Judge's Order of October 1, 2008, Pending Resolution of Objections and Request for Appeal (Doc.19).

**IT IS SO ORDERED.**

Signed this 15th day of October, 2008.

/s/ David R Herndon

Chief Judge
United States District Court