IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL BURNS,
and DEBRA KENTON,

Plaintiffs,

v.

St. CLAIR COUNTY
HOUSING AUTHORITY,

Defendant.                                            No. 08-0258-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On March 24, 2009, Magistrate Judge Philip M. Frazier held a settlement conference in this matter and Plaintiff Debra Kenton's case settled (Doc. 38). Thus, the Court **DENIES as moot** Defendant's motion for summary judgment against Debra Kenton (Doc. 36). Plaintiff Michael Burn's case remains pending.

**IT IS SO ORDERED.**

Signed this 30th day of March, 2009.

/s/     David R Herndon

**Chief Judge
United States District Court**