IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL BURNS**,

**Plaintiff,**

v.

**St. CLAIR COUNTY
HOUSING AUTHORITY,**

**Defendant.**                                          No. 08-0258-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation of dismissal (Doc. 53). Pursuant to the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 9th day of February, 2010.

/s/ David R Herndon

**Chief Judge
United States District Court**